UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | 2:18-cv-01126-PA (GJS) | Date | July 5, 2018 |
|---|---|---|---|
| Title | Micah Graham v. LA County Jail | | |

| Present: | Hon. Gail J. Standish, United States Magistrate Judge | |
|---|---|---|
| | E. Carson | N/A |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| | None present | None present |

**Proceedings:** (IN CHAMBERS) Order To Show Cause Re: Possible Dismissal

On May 25, 2018, the Court issued an Order granting Plaintiff's request for an extension of time to file his First Amended Complaint [Dkt. 15, "May 25 Order"]. The copy of the May 25 Order served upon Plaintiff at his docket address of record was returned by the U.S. Postal Service to the Clerk's Office on June 12, 2018, as undeliverable, with a notation that Plaintiff had been "released."

Local Rule 41-6 provides that:

> A party proceeding pro se shall keep the Court and opposing parties apprised of such party's current address and telephone number, if any, and e-mail address, if any. If mail directed by the Clerk to a pro se plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution.

Plaintiff has failed to comply with the Local Rule 41-6 requirement that he submit a Notice of Change of Address for filing when his address changed. It has been more than 15 days since the May 25 Order was returned as undeliverable. Given Plaintiff's

## CIVIL MINUTES - GENERAL

| Case No. | 2:18-cv-01126-PA (GJS) | Date | July 5, 2018 |
|---|---|---|---|
| Title | Micah Graham v. LA County Jail | | |

failure to provide the Court with a current address, the Court has no means of communicating with him.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to comply with Local Rule 41-6. **By no later than July 15, 2018,** Plaintiff shall file a response to this Order To Show Cause explaining why he has failed to comply with Local Rule 41-6. Alternatively, Plaintiff may discharge his obligation under this Order To Show Cause by simply filing the required Local Rule 41-6 Notice of Change of Address by the July 15, 2018 deadline.

**Plaintiff is cautioned that the failure to comply with this Order To Show Cause may result in the dismissal of this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for want of prosecution.**

**IT IS SO ORDERED.**