UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICAH A. GRAHAM,

    Plaintiff

    v.

LOS ANGELES COUNTY, et al.,

    Defendants.

Case No. 2:18-cv-01126-PA (GJS)

**JUDGMENT**

Pursuant to the Court's Order Dismissing Action Without Prejudice,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: August 3, 2018

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE